IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**ROGER SMITH,**

    **Plaintiff,**

v.

**Sergeant HARRISON and
Warden STEVE ROBERTS,**

    **Defendants.**

Civil Action No.
5:09-CV-59 (HL)

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 5), which recommends dismissing Plaintiff's complaint against Defendant Warden Steve Roberts and allowing Plaintiff's complaint against Defendant Sergeant Harrison to go forward (Doc. 1). Defendant filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 24th day of March, 2009.

                                         *s/ Hugh Lawson*
                                         **HUGH LAWSON, Judge**

dab